NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**LEROY G. HAGENBUCH,**
*Appellant*

v.

**TOYOTA MOTOR CORP.,**
*Cross-Appellant*

2015-1745, -1746, -1747, -1748

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00123 and IPR2014-00124.

**ON MOTION**

**O R D E R**

The above captioned appeals appear related, and thus the court consolidates the appeals.

Because we consolidate the appeals, one set of briefs should be filed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The appeals are consolidated.  The revised official caption is reflected above.

(2)  The appellant's opening brief is due no later than August 14, 2015.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31